** INSURANCE AGENTS — STOCK LIFE COMPANY — CONVERSION ** AFTER CONVERSION BY A MUTUAL BENEFIT ASSOCIATION INTO A STOCK LIFE INSURANCE COMPANY, THE AGENTS OF SUCH COMPANY ARE SUBJECT TO THE EXAMINATION REQUIREMENTS OF 36 O.S. 1405 [36-1405] (1961), EXCEPT THAT AN APPLICANT FOR A RENEWAL LICENSE IS EXEMPT FROM SUCH EXAMINATION IS NECESSARY. (LICENSE, INSURANCE AGENTS) CITE: 36 O.S. 2401 [36-2401], 36 O.S. 2403 [36-2403](B), 36 O.S. 1405 [36-1405], 36 O.S. 2421 [36-2421] (F. BURCH BAILEY)